FIRST SMALL BUSINESS INVESTMENT CORPORATION, Respondent, v. SAMUEL ZARETSKY et al., Appellants.

Beldock, P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.

EMANUEL GANTZ et al., Appellants, v. JACK GANTZ et al., Respondents.

Brennan, Acting P. J., Rabin, Hopkins, Munder and Nolan, JJ., concur.